UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 95-6798

PABLO VEGA MEDINA,

Petitioner - Appellant,

versus

EDWARD W. MURRAY, Director, Virginia Depart-
ment of Corrections,

Respondent - Appellee.

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Samuel G. Wilson, District Judge.
(CA-94-193-R)

Submitted:  December 12, 1995          Decided:  May 24, 1996

Before  WILKINSON, Chief Judge, MURNAGHAN, Circuit Judge, and
CHAPMAN, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Pablo Vega Medina, Appellant Pro Se.  Katherine P. Baldwin, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Medina v. Murray, No. CA-94-193-R (W.D. Va. Apr. 20, 1995). We deny Appellant's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED